# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACY MARROW, | : | |
| Plaintiff | : | |
| | : | No. 1:18-cv-00931 |
| v. | : | |
| | : | (Judge Rambo) |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 15th day of October 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 3), is **GRANTED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                        s/Sylvia H. Rambo
                        SYLVIA H. RAMBO
                        United States District Judge

Dated: October 15, 2018